Bonnie BANNISTER,
Plaintiff/Appellant,

v.

PULASKI FINANCIAL CORP.
d/b/a Pulaski Bank,

and

Pulaski Service Corp.,
Defendants/Respondents,

and

S & P Properties, Inc., Defendant.

No. ED 92413.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 26, 2010.

Donald R. Carmody, Teresa Dale Pupillo, Meghan M. Lamping, Carmody McDonald P.C., St. Louis, MO, for appellant.

Andrew G. Neill, Kappel, Neill & Wolff, L.L.C., St. Louis, MO, for respondents.

Angela Loehr, Gallop, Johnson & Newman, Clayton, MO, for defendant.

Before KATHIANNE KNAUP CRANE, P.J., CLIFFORD H. AHRENS, J., and NANNETTE A. BAKER, J.

*ORDER*

PER CURIAM.

Plaintiff, Bonnie Bannister, appeals from the entry of summary judgment in favor of defendants, Pulaski Financial Corp. and

Pulaski Service Corp. No error of law appears. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).